IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ALL RECORDS RELATING TO THE ) | |
| E-mail ADDRESS ) | Case No. 06 - 110 - M - 01 |
| olembeole@yahoo.com ) | |
| LOCATED AT THE OFFICES OF ) | **UNDER SEAL**    FILED |
| YAHOO! INC., 701 FIRST AVENUE ) | |
| SUNNYVALE, CALIFORNIA ) | MAR 13 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION AND SUPPORTING MEMORANDUM TO SEAL SEARCH AFFIDAVIT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the affidavit in support of the search warrant for the e-mail account olembeole@yahoo.com at Yahoo! Inc., 701 First Avenue, Sunnyvale, California, and the warrant itself, as well as the Government's Motion to Seal and this Court's Order Sealing the aforesaid documents. In support of its motion, the government states as follows:

The application for this search warrant is part of an investigation that has been conducted by the Federal Bureau of Investigation and law enforcement agents of the Federal Republic of Germany into a scheme to make false ransom demands. The confidentiality of the investigation could be compromised by the premature release of the information contained in the affidavit.[1]

WHEREFORE, for all of the foregoing reasons, the United

---

[1] See Washington Post v. Robinson, 935 F.2d 282, 289, f.n.10 (D.C. Cir. 1991).

States requests that its motion be granted and that the application and affidavit in support of the search warrant be sealed as well as the search warrant itself and the Government's Motion to Seal and this Court's Order sealing the aforesaid documents until further order of the court.

                                  Respectfully submitted,

                                  KENNETH L. WAINSTEIN
                                UNITED STATES ATTORNEY

                                _____
                                JAY I. BRATT
                                Assistant United States Attorney
                                National Security Section
                                Illinois Bar No. 6187361
                                555 Fourth Street, NW
                                Room 11-437
                                Washington, D.C. 20530
                                (202) 353-3602