IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ALL RECORDS RELATING TO THE E-mail ADDRESSES OLEMBOELE@YAHOO.COM LOCATED AT THE OFFICES OF YAHOO! INC., 701 FIRST AVENUE SUNNYVALE, CALIFORNIA | Case No. 06-110-M-01 **UNDER SEAL** |

FILED
MAR 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon motion of the United States, it is this 13 day of March, 2006, ORDERED that the affidavit in support of the search warrant for the above-named e-mail account, as well as the search warrant itself and the Government's Motion to Seal and this Court's Order to Seal, shall be sealed until further order of the Court.

_____
United State Magistrate Judge

copy to:
Jay I. Bratt
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 11-437
Washington, D.C. 20530