AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

In the Matter of the Search of All Records Relating to the Email Address olembeole@yahoo.com Located at the Offices of Yahoo! Inc., 701 First Avenue Sunnyvale, California

**SEARCH WARRANT**

CASE NUMBER: 06 - 110 - M - 01

TO: __JAY BRATT__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent CHARLES E. PRICE II_ who has reason to believe that
☐ on the person or ☒ on the premises known as (name, description and or location)
Computer systems at the offices of Yahoo! Inc., located at 701 First Avenue, Sunnyvale, California

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(describe the person or property)
in the Northern District of California, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 875 and 1343, namely contents of electronic data more fully described in the Affidavit and Attachment B to this application (which are hereby incorporated by reference)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _March 23, 2006_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_3/13/_     at Washington, D.C.
Date and Time Issued
John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer     Signature of Judicial Officer

YAHOO WARRANT FOR SAILOR_D_GLEMBOLS@YAHOO.COM

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 03-13-06 | DATE AND TIME WARRANT EXECUTED 03.13.06 @ 7:30 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH THOMAS SACCO, COMPLIANCE CASE ASSISTANT |
| INVENTORY MADE IN THE PRESENCE OF THOMAS SACCO | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. THE USER PROFILE, AS PRODUCED BY YAHOO ACCOUNT MANAGEMENT TOOL.

2. THE DATES, TIMES AND INTERNET PROTOCOL ADDRESSES FOR LOG-IN ATTEMPTS

3. A SNAPSHOT OF THE E-MAIL CONTENTS (PROVIDED BY E-MAIL AND CD-R)

FILED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X SA Childers FBI (CHARLES E. PICKLES)

Subscribed, sworn to, and returned before me this date.

_John M. Facciola_
U.S. Judge or Magistrate       Date