UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH : | |
| OF ALL RECORDS RELATING TO : | 06-110M-01 |
| THE EMAIL ADDRESS : | UNDER SEAL |
| OLEMBEOLE@YAHOO.COM : | |
| LOCATED AT THE OFFICES OF : | |
| YAHOO! INC., 701 FIRST AVENUE : | |
| SUNNYVALE, CALIFORNIA : | |

**MOTION TO UNSEAL DOCKET**

The United States of America, through its undersigned attorneys, moves to unseal the docket in the above-referenced matter, including the search warrant application and its supporting affidavit submitted on March 13, 2006. In support of this motion, the government states as follows:

1. On March 13, 2006, this Court signed a search warrant permitting agents from the Federal Bureau of Investigation ("FBI") to search all records relating to the e-mail account olembeole@yahoo.com. On the same date, the Court entered an order sealing the search warrant, the search warrant application and its supporting affidavit, and the government's motion to seal. The FBI subsequently executed the search warrant.

2. On March 16, 2006, this Court signed a criminal complaint charging Kelvin Kamara with violating 18 U.S.C. §§ 875 and 1343 as a result of his fraudulent attempt to extort ransom money from the *Christian Science Monitor* for the release the American journalist Jill Carroll. At the time the Court signed the complaint, Kamara was in Germany. He has since been extradited to United States and is scheduled to have his initial appearance on August 28, 2006.

3. Because the case agent who prepared the affidavits will likely be testifying at

Kamara's preliminary hearing, th government will need to produce the affidavits as Jencks materials.  In addition, the government will soon be providing discovery to counsel for Kamara after a grand jury has returned its indictment.  Accordingly, the government is seeking to unseal the docket in this matter in order to be able to provide the defense with copies of the search warrant application and supporting affidavit.

## Conclusion

For the foregoing reasons, the Court should grant the government's motion.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


By: _____
JAY I. BRATT
Assistant United States Attorney
National Security Section
555 4th Street, NW, Room 11-437
Washington, D.C.  20530
(202) 353-3602
jay.bratt@usdoj.gov