**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH** | : | |
| **OF ALL RECORDS RELATING TO** | : | **06-110M-01** |
| **THE EMAIL ADDRESS** | : | **UNDER SEAL** |
| **OLEMBEOLE@YAHOO.COM** | : | |
| **LOCATED AT THE OFFICES OF** | : | |
| **YAHOO! INC., 701 FIRST AVENUE** | : | |
| **SUNNYVALE, CALIFORNIA** | : | |

**ORDER**

Before the Court is the government's motion to unseal the docket in the above-captioned

matter, including the search warrant application and its supporting affidavit.  The Court having

considered the government's motion, it **GRANTS** the government's request.  The docket in this

matter shall henceforth be unsealed.

       **DONE AND ORDERED** this _____ day of August, 2006.


                                     _____
                                     United States Magistrate Judge


Copies to:

AUSA Jay I. Bratt