UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH : | |
| OF ALL RECORDS RELATING TO : | 06-110M-01 |
| THE EMAIL ADDRESS : | UNDER SEAL |
| OLEMBEOLE@YAHOO.COM : | |
| LOCATED AT THE OFFICES OF : | |
| YAHOO! INC., 701 FIRST AVENUE : | |
| SUNNYVALE, CALIFORNIA : | |

FILED

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the Court is the government's motion to unseal the docket in the above-captioned matter, including the search warrant application and its supporting affidavit. The Court having considered the government's motion, it **GRANTS** the government's request. The docket in this matter shall henceforth be unsealed.

**DONE AND ORDERED** this ___28___ day of August, 2006.

_____
United States Magistrate Judge

Copies to:

AUSA Jay I. Bratt